

**COM.**

v.

**FREZZELL, S.**

**313 WDA 2017**

Superior Court of Pennsylvania.

08/28/2017

CP–26–CR–0000589–2010

(Fayette)

Affirmed

■

**COM.**

v.

**REEDER, A.**

**3192 EDA 2015**

Superior Court of Pennsylvania.

08/29/2017

CP–51–CR–0010676–2012 (Philadelphia)

Affirmed

■

**COM.**

v.

**ELEY, J.**

**2046 EDA 2016**

Superior Court of Pennsylvania.

08/29/2017

Reargument Denied 10/25/2017

CP–46–CR–0000714–1998 (Montgomery)

Affirmed

■

**IN the INTEREST OF: T.M., a Minor**

**2665 EDA 2016**

Superior Court of Pennsylvania.

08/29/2017

CP–51–DP–0001713–2015

(Philadelphia)

Affirmed

■

**IN the INTEREST OF: T.M., a Minor**

**2669 EDA 2016**

Superior Court of Pennsylvania.

08/29/2017

CP–51–DP–0001714–2015

(Philadelphia)

Affirmed

